IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| RONNIE FOOTE | : | |
| | : | |
| v. | : | Civil Action No. DKC 25-1724 |
| | : | |
| CHRIS WRIGHT, in his official capacity as Secretary, United States Department of Energy | : | |
| | : | |

**MEMORANDUM OPINION**

On September 9, 2025, Defendant Chris Wright ("Defendant") filed a motion to transfer this case to the United States District Court for the District of Columbia.  (ECF No. 15).  Plaintiff filed no opposition to the motion and the time to do so is now expired. For the following reasons, Defendant's motion to transfer will be granted without a hearing.  Local Rule 105.6.

Plaintiff Ronnie Foote ("Plaintiff") filed this employment action against Chris Wright in his official capacity as Secretary of the United States Department of Energy[1] originally in the Circuit Court for Prince George's County, Maryland on April 28,

---

[1]  Plaintiff listed in the caption of the Amended Complaint the names of individuals to be served to comply with Fed.R.Civ.P. 4(i). Kelly Hayes, United States Attorney for the District of Maryland, Pam Bondi, Attorney General, Samuel Walsh, and Jonathan Brightbill are indicated as Defendants on the docket in error.  Because Chris Wright, in his official capacity as Secretary of the United States Department of Energy, is the sole Defendant, the Clerk will be directed to terminate as Defendants from the docket the named service individuals.

2025.  Because Plaintiff's claims included those under Title VII of the Civil Rights Act and the Rehabilitation Act of 1973, Defendant removed the case to this court on May 30, 2025, asserting that this court has jurisdiction on claims arising under the Constitution, treaties, or laws of the United States.  (ECF No. 1).

On June 12, 2025, the government filed a Notice identifying Civil Action No. DKC 25-1358 as a case filed by Plaintiff against the same Defendants and containing the same allegations.  (ECF No. 7).  Because the cases were similar, but not identical, Plaintiff was directed to advise which case he wished to pursue.  (ECF No. 9).  Plaintiff notified the court on August 13, 2025, that he intended to proceed on this case, Civil Action No. DKC 25-1724.  (ECF No. 11).  As a result, Civil Action No. DKC 25-1358 was dismissed on August 15, 2025.  (ECF No. 12).

Defendant moved for, and was granted, an extension of time to September 10, 2025, to respond to Plaintiff's Amended Complaint. Defendant filed the instant motion to transfer on September 9, 2025.  (ECF No. 15).  Plaintiff has not filed a response in opposition.

Defendant argues that this case should be transferred to the United States District Court for the District of Columbia because

Plaintiff's claims arose from his employment with the Department of Energy located in the District of Columbia.  Under 42 U.S.C.A. §§ 2000e-5(f)(3), an action may be brought in the judicial district in which the unlawful employment practice is alleged to have been committed, where the employment records are maintained and administered, or where the aggrieved person would have worked, but for the alleged unlawful employment practice.

Application of the relevant factors transfer to the United States District Court for the District of Columbia.  Plaintiff was employed in the District of Columbia, his employment records are there, and he would have continued to work there but for his alleged claims.  Maryland has no connection with this matter other than Plaintiff's state of residence.

"The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  28 U.S.C. §1406(a).

The case will be transferred to the District of Columbia for all further proceedings.  A separate order will follow.

September 25, 2025                            /s/
                                  _____
                                  DEBORAH K. CHASANOW
                                  United States District Judge